# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF MISSISSIPPI
# GREENVILLE DIVISION

**LINDSEY THOMAS**                                                      **PLAINTIFF**

**VS.**                        **CIVIL ACTION NO. 4:18-CV-115-GHD-JMV**

**CITY OF BENOIT, MISSISSIPPI AND
BILLIE WILLIAMS, IN HIS INDIVIDUAL
AND OFFICIAL CAPACITES**                                      **DEFENDANTS**

## UNOPPOSED, AGREED ORDER EXTENDING TIME TO FILE RESPONSIVE PLEADING

**THIS CAUSE** having come on for hearing upon the Motion, *ore tenus,* of counsel for **BILLIE WILLIAMS** to extend the time to Answer or otherwise respond to Plaintiff's Complaint, and the Court having been advised that counsel has conferred with counsel for the Plaintiff, Lindsey Thomas, and counsel has agreed to an extension of such time to respond and the Court being further advised in the premises is of the opinion that the Motion is well taken and should be granted.

**IT IS, THEREFORE, ORDERED AND ADJUDGED** that the Defendant, Billie Williams, is hereby granted until Monday, August 27, 2018, to answer or otherwise respond to Plaintiff's Complaint.

**SO ORDERED,** this, the 23rd day of July, 2018.

                                         **/s/ Jane M. Virden**
                                         **UNITED STATES MAGISTRATE JUDGE**

**APPROVED AS TO FORM:**

<u>/s/ John H. Daniels, III</u>
**John H. Daniels, III, MSB #5787
DYER, DYER, JONES & DANIELS, P.A.
149 North Edison Street
P. O. Box 560
Greenville, MS 38702-0560
Telephone: (662) 378-2626
Facsimile: (662) 378-2672
jhdiii@suddenlinkmail.com**