IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
GREENVILLE DIVISION

LINDSEY THOMAS     PLAINTIFF

v.     Civil No. 4:18-CV-00115-GHD-JMV

CITY OF BENOIT, MISSISSIPPI; ET AL.     DEFENDANTS

## ORDER LIFTING STAY OF PROCEEDINGS

Presently before the Court is the Plaintiff's unopposed motion [31] to lift the stay of proceedings that the Court previously entered in this matter [22]. The Court has been reliably informed by counsel that the state court proceedings that necessitated a stay of this matter have been resolved [31-1].

Accordingly, it is HEREBY ORDERED that the Plaintiff's motion to lift stay [31] is GRANTED, and the Court's previously entered stay of these proceedings [22] is LIFTED and this matter is hereby returned to the Court's active docket. Further, the Court hereby REFERS all pre-trial scheduling and non-dispositive motions to the Magistrate Judge assigned to this matter. A trial date in this matter shall be set by further notice of the Court.

SO ORDERED, this, the 4th day of January, 2022.

_____
SENIOR U.S. DISTRICT JUDGE