IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
GREENVILLE DIVISION

**LINDSEY THOMAS**     **PLAINTIFF**

VS.     **CIVIL ACTION NO: 4:18-cv-00115-GHD-JMV**

**CITY OF BENOIT, MISSISSIPPI, ET AL.**     **DEFENDANTS**

### AGREED JUDGMENT OF DISMISSAL WITH PREJUDICE

The parties have agreed to and announced to the Court a confidential settlement of this case, and, the Court, being advised that the parties have an informed understanding of their rights and a full appreciation of the consequences of the confidential settlement, is desirous that this matter be finally closed on the docket.

IT IS, THEREFORE, ORDERED AND ADJUDGED that this case is hereby DISMISSED WITH PREJUDICE as to all parties and all claims, with the parties to bear their own costs. The Court retains jurisdiction to enforce the settlement, if necessary, pursuant to the agreement and stipulation of all parties.

SO ORDERED AND ADJUDGED, this the 26th day of July, 2022.

_____
UNITED STATES DISTRICT COURT JUDGE

APPROVED AS TO FORM AND CONTENT:

*/s/ G. Todd Butler*
G. Todd Butler

***(ATTORNEY FOR DEFENDANT CITY OF BENOIT, MISSISSIPPI)***


*/s/ Renetha Latrice Frieson*
Renetha L. Frieson

***(ATTORNEY FOR PLAINTIFF)***


*/s/ John H. Daniels, III*
John H. Daniels, III

**ATTORNEY FOR DEFENDANT BILLIE WILLIAMS**